# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| In re: | Hughes, Leon | § | Case No.  08 B 24553 |
| | Wilson, Sandra M | § | |
| | Debtors | § | |
| | | § | |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/17/2008.

2) The plan was confirmed on 01/13/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on (NA).

4) The trustee filed action to remedy default by the debtor in performance under the plan on (NA).

5) The case was converted on 02/10/2010.

6) Number of months from filing or conversion to last payment: 15.

7) Number of months case was pending: 17.

8) Total value of assets abandoned by court order: (NA).

9) Total value of assets exempted: $11,800.00.

10) Amount of unsecured claims discharged without full payment: $0.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (09/01/2009)

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $10,708.50 |
| Less amount refunded to debtor | $0 |

**NET RECEIPTS:** $10,708.50

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,898.20 |
| Court Costs | $0 |
| Trustee Expenses & Compensation | $723.20 |
| Other | $0 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,621.40

Attorney fees paid and disclosed by debtor          $611.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Illinois Dept Of Public Aid | Priority | $0 | NA | NA | $0 | $0 |
| Illinois Dept of Revenue | Priority | $99.62 | NA | NA | $0 | $0 |
| Internal Revenue Service | Priority | $1,121.00 | $3,000.00 | $3,000.00 | $0 | $0 |
| National Capital Management | Secured | $18,644.71 | $17,574.00 | $17,574.00 | $6,173.97 | $0 |
| Rent A Center | Secured | $500.00 | $500.00 | $500.00 | $380.47 | $0 |
| Rent A Center | Secured | $1,000.00 | $1,000.00 | $1,000.00 | $532.66 | $0 |
| A R Concepts Inc | Unsecured | $840.00 | NA | NA | $0 | $0 |
| Aaron's Creditors Service Corp | Unsecured | $100.00 | NA | NA | $0 | $0 |
| Advocate Christ Medical Center | Unsecured | $926.00 | NA | NA | $0 | $0 |
| America's Financial Choice Inc | Unsecured | $202.14 | NA | NA | $0 | $0 |
| America's Financial Choice Inc | Unsecured | $230.99 | NA | NA | $0 | $0 |
| AmeriCash Loans LLC | Unsecured | $2,146.08 | NA | NA | $0 | $0 |
| AmeriCash Loans LLC | Unsecured | $1,749.36 | $449.75 | $449.75 | $0 | $0 |
| Asset Acceptance | Unsecured | $1,172.88 | $1,169.64 | $1,169.64 | $0 | $0 |
| Asset Acceptance | Unsecured | NA | $1,507.51 | $1,507.51 | $0 | $0 |
| Asset Acceptance | Unsecured | $860.75 | $664.23 | $664.23 | $0 | $0 |
| Asset Acceptance | Unsecured | $425.85 | $425.85 | $425.85 | $0 | $0 |

*(Continued)*

UST Form 101-13-FR-S (09/01/2009)

## Scheduled Creditors: *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AT&T | Unsecured | $842.43 | NA | NA | $0 | $0 |
| Bay Area Credit Services | Unsecured | $333.69 | NA | NA | $0 | $0 |
| Calumet Park Fire Dept | Unsecured | $185.00 | NA | NA | $0 | $0 |
| Cardiac Diagnostics | Unsecured | $36.37 | NA | NA | $0 | $0 |
| Cavalry Portfolio Services | Unsecured | $59.00 | NA | NA | $0 | $0 |
| Cavalry Portfolio Services | Unsecured | $387.62 | NA | NA | $0 | $0 |
| City Of Chicago Dept Of Revenue | Unsecured | $3,000.00 | $4,975.00 | $4,975.00 | $0 | $0 |
| City Of Chicago Dept Of Revenue | Unsecured | $660.00 | NA | NA | $0 | $0 |
| City Of Chicago Dept Of Revenue | Unsecured | $50.00 | NA | NA | $0 | $0 |
| Collection Company Of America | Unsecured | $842.00 | NA | NA | $0 | $0 |
| Comcast | Unsecured | $222.53 | NA | NA | $0 | $0 |
| Comcast | Unsecured | $354.55 | NA | NA | $0 | $0 |
| Commonwealth Edison | Unsecured | $833.58 | $846.07 | $846.07 | $0 | $0 |
| Consolidated Public Services | Unsecured | $9.77 | NA | NA | $0 | $0 |
| Division Anesthesia Group Pc | Unsecured | $35.00 | NA | NA | $0 | $0 |
| Educational Credit Management Corp | Unsecured | $8,681.95 | $9,310.70 | $9,310.70 | $0 | $0 |
| Emergency Room Care Providers | Unsecured | $532.00 | NA | NA | $0 | $0 |
| General Revenue Corp | Unsecured | $10,190.43 | NA | NA | $0 | $0 |
| Gregory Emergency Physicians | Unsecured | $552.00 | NA | NA | $0 | $0 |
| Holy Cross Hospital | Unsecured | $280.00 | NA | NA | $0 | $0 |
| Holy Cross Hospital | Unsecured | $280.00 | NA | NA | $0 | $0 |
| Holy Cross Hospital | Unsecured | $6,300.00 | NA | NA | $0 | $0 |
| Holy Cross Hospital | Unsecured | $79.10 | NA | NA | $0 | $0 |
| Holy Cross Hospital | Unsecured | $1,152.03 | NA | NA | $0 | $0 |
| Illinois Dept Of Employment Security | Unsecured | $340.00 | NA | NA | $0 | $0 |
| Jefferson Capital Systems LLC | Unsecured | $587.78 | $693.78 | $693.78 | $0 | $0 |
| John Bennett | Unsecured | $1,300.00 | NA | NA | $0 | $0 |
| John H Stroger Jr Hospital | Unsecured | $360.00 | NA | NA | $0 | $0 |
| Kroger Check Recovery Center | Unsecured | $167.70 | NA | NA | $0 | $0 |
| LaSalle Bank NA | Unsecured | $119.27 | NA | NA | $0 | $0 |
| Linebarger Goggan Blair & Simpson | Unsecured | $470.00 | NA | NA | $0 | $0 |
| Marquette Radiology Associates | Unsecured | $958.00 | NA | NA | $0 | $0 |
| Marquette Radiology Associates | Unsecured | $105.00 | NA | NA | $0 | $0 |
| Medical Collections | Unsecured | $423.02 | NA | NA | $0 | $0 |
| NCO Financial Systems | Unsecured | $232.00 | NA | NA | $0 | $0 |
| NCO Financial Systems | Unsecured | $214.00 | NA | NA | $0 | $0 |
| Nicor Gas | Unsecured | $356.45 | $356.45 | $356.45 | $0 | $0 |

*(Continued)*

## Scheduled Creditors: *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| NIPSCO | Unsecured | $805.54 | NA | NA | $0 | $0 |
| Noel G Alcantata MD | Unsecured | $192.00 | NA | NA | $0 | $0 |
| Northern Indiana Public Ser | Unsecured | $1,839.37 | $1,687.07 | $1,687.07 | $0 | $0 |
| Orizon Pathology Foundation | Unsecured | $26.36 | NA | NA | $0 | $0 |
| Peoples Energy Corp | Unsecured | $898.35 | NA | NA | $0 | $0 |
| Peoples Energy Corp | Unsecured | $3,409.29 | $3,133.51 | $3,133.51 | $0 | $0 |
| Peoples Energy Corp | Unsecured | $2,230.65 | NA | NA | $0 | $0 |
| Premier Bankcard | Unsecured | $450.82 | $499.42 | $499.42 | $0 | $0 |
| Quest Diagnostics Inc | Unsecured | $274.81 | NA | NA | $0 | $0 |
| Receivables Management Inc | Unsecured | $250.00 | $250.00 | $250.00 | $0 | $0 |
| Regional Acceptance | Unsecured | $0 | $10,963.64 | $10,963.64 | $0 | $0 |
| Regional Acceptance | Unsecured | $4,600.00 | NA | NA | $0 | $0 |
| Rent A Center | Unsecured | $801.98 | NA | NA | $0 | $0 |
| Rent A Center | Unsecured | $1,111.00 | NA | NA | $0 | $0 |
| Resurgent Capital Services | Unsecured | $998.26 | $716.75 | $716.75 | $0 | $0 |
| Sallie Mae | Unsecured | $12,490.89 | NA | NA | $0 | $0 |
| Sallie Mae | Unsecured | $7,994.64 | $6,941.72 | $6,941.72 | $0 | $0 |
| Sallie Mae | Unsecured | $1,096.92 | $4,246.85 | $4,246.85 | $0 | $0 |
| Santa Barbara Bank & Trust | Unsecured | $1,065.00 | NA | NA | $0 | $0 |
| Sompalli MD | Unsecured | $43.60 | NA | NA | $0 | $0 |
| Sprint Nextel | Unsecured | $713.80 | $713.80 | $713.80 | $0 | $0 |
| Sun Cash | Unsecured | $300.00 | NA | NA | $0 | $0 |
| T Mobile USA | Unsecured | $943.57 | $543.57 | $543.57 | $0 | $0 |
| T Mobile USA | Unsecured | $107.72 | $107.72 | $107.72 | $0 | $0 |
| TCF Bank | Unsecured | $673.52 | NA | NA | $0 | $0 |
| Time Life | Unsecured | $266.76 | NA | NA | $0 | $0 |
| Trustmark Recoery Serives | Unsecured | $105.00 | NA | NA | $0 | $0 |
| Universal Fidelity Corp | Unsecured | $713.80 | NA | NA | $0 | $0 |
| Uptown Cash | Unsecured | $400.00 | NA | NA | $0 | $0 |
| Uptown Cash | Unsecured | $500.00 | NA | NA | $0 | $0 |
| US Cash Loan Machine | Unsecured | $7,458.89 | NA | NA | $0 | $0 |
| US Cellular | Unsecured | $653.64 | NA | NA | $0 | $0 |
| WOW Internet & Cable | Unsecured | $1,016.95 | NA | NA | $0 | $0 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0 | $0 | $0 |
| Mortgage Arrearage | $0 | $0 | $0 |
| Debt Secured by Vehicle | $28,537.64 | $6,173.97 | $0 |
| All Other Secured | $1,500.00 | $913.13 | $0 |
| **TOTAL SECURED:** | $30,037.64 | $7,087.10 | $0 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $3,000.00 | $0 | $0 |
| **TOTAL PRIORITY:** | $3,000.00 | $0 | $0 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | $39,239.39 | $0 | $0 |

## Disbursements:

| | |
|---|---|
| Expenses of Administration | $3,621.40 |
| Disbursements to Creditors | $7,087.10 |
| | |
| **TOTAL DISBURSEMENTS:** | $10,708.50 |

12)   The trustee certifies that the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: February 16, 2010          By: _/s/ MARILYN O. MARSHALL_____
                                              Trustee

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.